UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 10-cr-00401-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  WILLIAM M. SILVI,

    Defendant.

## ORDER

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Monday, May 2, 2011** and responses to these motions shall be filed by **Wednesday, May 11, 2011.**

FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference will not be set at this time.  Should a hearing become necessary, the parties shall contact Chambers. It is

FURTHER ORDERED that a 10-day jury trial is set for **Monday, May 23, 2011, at 9:00 a.m. in courtroom A-1002.**

Dated: March 18, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge