UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00401-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. WILLIAM M. SILVI,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Defendant William M. Silvi filed a Notice of Disposition in the above matter on September 14, 2011 [ECF No. 31]. A Change of Plea Hearing is **SET** for **Wednesday, November 2, 2011 at 2:00 PM.**

    Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date. If the documents are not timely submitted, the hearing will be **VACATED**. **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    Dated: September 15, 2011