IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.    10-cr-00401-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    WILLIAM M. SILVI

    Defendant.

_____

**FORFEITURE MONEY JUDGMENT**
_____

THIS MATTER comes before the Court on the United States' Motion for Forfeiture Money Judgment [ECF No. 38], filed December 20, 2011.   On November 2, 2011, the United States and defendant William M. Silvi entered into a Plea Agreement, which provides a factual basis and cause to issue a forfeiture order under 18 U.S.C.§ 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b) of the Federal Rules of Criminal Procedure.   Having reviewed the motion and the file, it is

ORDERED that a Forfeiture Money Judgment in the amount of $606,096.81 is entered against defendant William Silvi in favor of the United States in accordance with 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).   Pursuant to Fed. R. Crim. P. 32.2(b)(3), this Forfeiture Money Judgment shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

Dated:   December 21, 2011.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE