**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | February 26, 2013 | Probation: | Justine Kozak |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| E.C.R./Reporter: | Tammy Hoffschildt | | |

Criminal Case No:  **10-cr-00401-WYD**          Counsel:

UNITED STATES OF AMERICA,                    Pegeen D. Rhyne

        Plaintiff,

v.

**1.  WILLIAM M. SILVI**,                               Lisabeth P. Castle

        Defendant.

## SENTENCING

**11:04 a.m.**    Court in Session - Defendant present (in-custody)

        **Change of Plea Hearing - November 2, 2011, at 2:00 p.m.
        Plea of Guilty - count one of Indictment**

        APPEARANCES OF COUNSEL.

        Court's opening remarks.

11:06 a.m.    Statement on behalf of Defendant and oral motion for a continuance of the sentencing hearing (Ms. Castle).

11:11 a.m.    Statement and argument on behalf of Government (Ms. Rhyne).

11:21 a.m.    Statement on behalf of Defendant (Ms. Castle).

11:39 a.m.    Statement on behalf of Defendant by his wife, Ms. Kea Suzan Silvi.

| | |
|---|---|
| 11:43 a.m. | Statement on behalf of Government (Ms. Rhyne). |
| 11:45 a.m. | Statement on behalf of Probation (Ms. Kozak). |
| 11:48 a.m. | Statement by Defendant on his own behalf (Mr. Silvi). |
| 12:01 p.m. | Statement on behalf of Defendant (Ms. Castle). |
| | Court makes findings. |

**ORDERED:** Government's Motion for Downward Departure Pursuant to U.S.S.G. Section 5K1.1 (ECF Doc. No. 42), filed March 27, 2012, is **GRANTED.**

**ORDERED:** Defendant be **imprisoned** for **43** months, to run consecutive to the sentence imposed in Bergen County Superior Court, Hackensack, New Jersey, Case No. 8002730.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years.

**ORDERED:** **Conditions** of **Supervised Release** are:

(X)   Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

(X)   Defendant shall not commit another federal, state or local crime.

(X)   Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

(X)   Defendant shall comply with standard conditions adopted by the Court.

(X)   Defendant shall not unlawfully possess a controlled substance.

(X)   The Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and two periodic drug tests thereafter for use of a controlled substance.

(X)   If the judgment in this case imposes a fine or restitution obligation, it shall be a condition of supervised release that the Defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the schedule of payments set forth in the judgment.

| | |
|---|---|
| (X) | The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer. |

**ORDERED:** **Special Condition(s)** of **Supervised Release** are:

| | |
|---|---|
| (X) | The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the periodic payment obligations imposed pursuant to the Court's judgment and sentence. |
| (X) | The defendant shall not be employed in the business of buying/selling homes. |

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:** Defendant to make **restitution** as follows:
**$606,096.81 to be made payable to Clerk, U.S. District Court; 901 19th Street, #A-105; Denver, CO 80294 to be disbursed to the following victim(s):**

| Victims | Amount |
|---|---|
| GMAC Financial Inc. Attention: Lori Fontanez 1100 Virginia Ave., Mail Code 190-FTW-L95 Fort Washington, PA 19034 | $446,637.00 |
| Home Loan Services Attn: Janet Kent, 150 Allegheny Center Mall Pittsburgh, PA 15212-5335 | $96,894.07 |
| Equifirst Attn: Paul Hancock, Wachovia Financial Center, 200 South Biscayne Blvd., Suite 3900 Miami, FL 33131-2399 | $20,721.55 |
| Taylor Bean and Whittaker Attn: Kevin Kwan, 101 E. Kennedy Blvd., Suite 2250 Tampa, FL 33602 | $35,206.00 |

| **Victims** | **Amount** |
|---|---|
| Saxon Mortgage<br>Attn: Rebekah Schronk, 4700 Mecantile Dr. North,<br>Forth Worth Texas 76137 | $6,638.19.00 |

Each victim shall receive an approximately proportional payment based on the victim's share of the total loss.  ***The court has determined that the defendant does not have the ability to pay interest, and it is ordered that the interest requirement is waived for the restitution.***

Any unpaid restitution balance upon release from incarceration shall be paid in monthly installment payments during the term of supervised release.  The monthly installment payment will be calculated as at least 10 percent of the defendant's gross monthly wages.

As directed by the probation officer, the defendant shall apply any monies, received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court ordered financial obligation in this case.

**ORDERED:**   Defendant advised of right to appeal the sentence imposed by the Court.  Any notice of appeal must be filed within fourteen (14) days.  Defendant advised of right to appeal in forma pauperis.

**ORDERED:**   Probation shall not send the proposed form of judgment for a period of **thirty (30) days from today's date.**

**ORDERED:**   Government shall file a motion to dismiss counts and proposed form of order.

**ORDERED:**   Defendant is **REMANDED** to the custody of the U.S. Marshal.

**12:14 p.m.**   Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:   1:10**