IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No. 16-cv-00669-WYD
Criminal Action No. 10-cr-00401-WYD-1

UNITED STATES OF AMERICA,

v.

WILLIAM M. SILVI,

   Movant.

## ORDER

After preliminary consideration of Movant's Motion to Vacate, Set Aside, or Correct the Sentence Pursuant to 28 U.S.C. § 2255, it is now

ORDERED that the United States Attorney on or before **Monday, April 18, 2016**, shall file a brief addressing the timeliness of this motion pursuant to Rule 4(b) of the Rules Governing Section 2255 Proceedings.  It is

FURTHER ORDERED that movant may file a reply within **30 days** of the date the United States' brief is filed in this Court.

Dated: March 28, 2016

                                        BY THE COURT:


                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        Senior United States District Judge